TILLIE EIFERMAN et al., Appellants, *v.* CITY OF NEW YORK, Defendant. DI LORENZO & ALFERT, Respondents.

Submitted February 27, 1951; decided April 5, 1951.

*A. H. Waisman* and *Leo Genzer* for appellants.
*Harry M. Alfert* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.